# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

### JUDGMENT IN A CIVIL CASE

**LINDA WITHERSPOON,**

Plaintiff,

                                               CASE NUMBER: 1:12-cv-1013-JDB-egb

v.

**ALLEGRO FINE FOODS, INC.,**

Defendant,

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that in accordance with the Notice of Dismissal entered in the above-styled matter on 4/16/2012, this case is hereby voluntarily dismissed with prejudice.

**APPROVED:**

                                                <u>s/J. Daniel Breen</u>
                                                **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**